IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:17cv635

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Approximately $2,061.22 in funds seized from Bank of America Account XXXX-XXXX-1340, such account held by or for the benefit of Albert V. Strong; | ) | |
| Approximately $447.46 in funds seized from Bank of America Account XXXXXXXX5965, such account held by or for the benefit of Albert Strong DBA Tri State Machine & Fab, Albert V. Strong Sole Proprietorship; | ) | |
| One 2009 Harley Davidson Model FLSTC, VIN 1HD1BW5159Y026948, titled to Albert V. Strong; | ) | |
| One 2003 Harley Davidson Model FLSTSI ANNIV, VIN 1HD1BYB403Y019956, titled to Albert V. Strong; | ) | |
| One 2012 Harley Davidson Model FLSTSE3, VIN 1HD1PY910CB954510, titled to Albert V. Strong; | ) | |
| One 2014 Harley Davidson Model FLHRSE, VIN 1HD1PG812EB950425, titled to Albert V. Strong; | ) | |
| One 2013 Harley Davidson Model FLHTCUSE, VIN 1HD1PR810DB952796, titled to Albert V. Strong; | ) | |
| One 2014 Harley Davidson Model VRSCF, VIN 1HD1HPH10DC802263, titled to Albert V. Strong; | ) | |
| One 2014 Harley Davidson Model FLS SLIM, VIN 1HD1JRV14EB028899, titled to Albert V. Strong; | ) | |
| One 2015 Harley Davidson Model FLHXSE, VIN 1HD1PXN15FB954815, titled to Albert V. Strong; | ) | |

One 2017 Harley Davidson Model FLHXSE CVO STR, VIN 1HD1PXF1XHB954049, titled to Albert V. Strong;   )
)
)
)
One 2013 LEXUS GS350, VIN JTHBE1BL2D5003979, titled to Albert V. Strong;   )
)
)
The real property at 127 Douglas Heights, # 14, Union, South Carolina, more particularly described in a Warranty Deed to Albert Strong, recorded on April 6, 2009, at Union County Register of Deeds Book 237, Page 482;   )
)
)
)
)
)
)
)
The real property at 104 Smith Drive, Union, South Carolina, more particularly described in a Tax Deed to Albert Strong, recorded on February 22, 2012, at Union County Register of Deeds Book 241, Page 916;   )
)
)
)
)
)
The real property at 1911 Smith Road, Newberry, South Carolina, more particularly described in a Title to Real Estate to Albert V. Strong and Kelly E. Strong, recorded on May 1, 2013 at the Newberry County Register of Deeds, Book 1693, Page 245;   )
)
)
)
)
)
)
The real property at 4007 Timber Crossing Drive, Rock Hill, South Carolina, more particularly described in a Deed to Vickie L. McCorkle and Albert V. Strong, recorded on or about March 17 or 18, 2014 at the York County Register of Deeds, Volume 14015, Page 170;   )
)
)
)
)
)
)
)
The real property at 127 Douglas Heights, # 13, Union, South Carolina, more particularly described in a Warranty Deed to Albert V. Strong, recorded on June 30, 2014, at Union County Register of Deeds Book 254, Page 460; and   )
)
)
)
)
)
)
)
The real property at 1919 Smith Road, Newberry, South Carolina, more particularly described in a Title to Real Estate to Albert V. Strong and Kelley Strong, recorded on April 10, 2015 at the Newberry County Register of Deeds, Book 1820, Page 23.   )
)
)
)
)
)
)
)

THIS MATTER is before the Court on the Government's Motion to Dismiss certain property from the Complaint for Forfeiture *In Rem* (Doc 1).

For the reasons set forth in the Government's Motion IT IS THEREFORE ORDERED THAT the following property is hereby dismissed from this civil complaint:

**One 2017 Harley Davidson Model FLHXSE CVO STR, VIN 1HD1PXF1XHB954049, titled to Albert V. Strong**.

Signed: June 26, 2018

Graham C. Mullen
United States District Judge